IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,

Defendant

---

**ORDER**

---

This matter arises on the **Unopposed Motion for Leave to Amend Complaint** [Doc. # 9, filed 1/31/2011] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend [Doc. # 9] is GRANTED.  The Clerk of the Court is directed to accept for filing the First Amended Complaint and Demand for Jury Trial [Doc. # 9-1].

Dated February 4, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge