IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,

    Defendant.
_____

**ORDER SETTING SCHEDULE FOR CLAIM CONSTRUCTION BRIEFS AND MARKMAN HEARING**
_____

This matter comes before the Court upon the parties' proposed amended schedule for claim construction briefs and Markman hearing [Docket No. 31]. It is

**ORDERED**:

1. That on or before **April 29, 2011**, the parties shall submit a Joint Claim Construction Chart with each party's proposed claim construction.

2. That on or before **May 16, 2011**, each party shall file its opening brief on claim construction. Opening briefs shall be no longer than fifteen pages.

3. That on or before **June 3, 2011**, each party shall file its response brief on claim construction. Response briefs shall be no longer than fifteen pages.

4. That a Markman hearing is set for **July 1, 2011** at 10:30 a.m. The hearing shall last four hours.

DATED April 22, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge