## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Joint Motion to Stay Schedule for Claim Construction Briefs and Markman Hearing [Docket No. 45]. The parties advise the Court that plaintiff has filed a motion to amend the complaint [Docket No. 42] which the Court has referred to Magistrate Judge Boyd N. Boland. The magistrate judge has set a briefing schedule and hearing on the motion [Docket No. 44], and the parties seek a stay of the Court's deadlines for filing claim construction briefs while the motion is pending. The parties do not, however, seek rescheduling of the Markman hearing, currently set for August 25, 2011 at 9:00 a.m. *See* Docket No. 41. Nonetheless, the Court finds that vacating the Markman hearing is appropriate in light of the parties' request to stay the briefing schedule. Accordingly, it is

    **ORDERED** that the Joint Motion to Stay Schedule for Claim Construction Briefs and Markman Hearing [Docket No. 45] is **GRANTED**. It is further

    **ORDERED** that briefing on claim construction is stayed pending Magistrate Judge Boland's ruling on plaintiff's Motion for Leave to Join Parties and Amend First Amended Complaint [Docket No. 42]. Within three days of the ruling on the motion, the parties shall file a revised schedule for claim construction briefing. It is further

    **ORDERED** that the Markman hearing currently set for August 25, 2011 at 9:00 a.m. is **VACATED**.

    Dated June 6, 2011.