IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company, and YOOKIDOO LTD., an Israeli partnership,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Compel** [Doc. # 87, filed 8/15/2011] (the "Motion to Compel"); and

(2) Defendant International Playthings' **Motion to Seal** [Doc. # 91, filed 8/15/2011] (the "Motion to Seal").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 87] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require International Playthings ("IPT") to provide addresses and telephone numbers for the customers previously identified; to provide a privilege log for the

materials withheld from production based on a claim of privilege or immunity; and to provide an answer to Interrogatory No. 23;

• GRANTED to require IPT to complete its discovery responses production of documents responsive to the pending discovery requests and to provide a privilege log by September 13, 2011; and

• DENIED in all other respects.

(2)     The Motion to Seal [Doc. # 91] is GRANTED.

Dated August 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge