IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company, and YOOKIDOO LTD., an Israel partnership,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) The defendants' **Unopposed Motion to Participate at the October 7, 2011 Hearing By Telephone** [Doc. # 112, filed 9/30/2011] is GRANTED.

(2) Counsel for defendant International Playthings, LLC ("IPT"), may attend and participate in the hearing on October 7, 2011, by telephone. Counsel for IPT are directed to contact chambers by telephone at 303-844-6408 on the appropriate date and time to participate in the hearing.

DATED: September 30, 2011