IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-02271-PAB-BNB | Date: October 7, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TWO MOMS AND A TOY, LLC | Brian D. Smith |
| Plaintiff(s), | |
| v. | |
| INTERNATIONAL PLAYTHINGS, LLC, | John R. Lane by telephone |
| YOOKIDOO LTD., | Catorina Collins by telephone |
| Defendant(s). | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 3:00 p.m.

Appearance of counsel. Representatives for the plaintiff are present.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion for leave to join parties and amend the second amended complaint [doc.#102; filed 9/15/11] is taken under advisement.**

Court in Recess: 3:26 p.m.    Hearing concluded.    Total time in Court: 00:26

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.