IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

     Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,
GOLOS WEISMAN DESIGN LTD., an Israel partnership, and
YOOKIDOO LTD., an Israel partnership,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendant International Playthings, LLC's Motion to Dismiss the Third, Fourth and Fifth Claims for Relief of the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 63]. On October 17, 2011, plaintiff filed the Third Amended Complaint [Docket No. 119] pursuant to the Order [Docket No. 117] granting Plaintiff's Motion for Leave to Join Parties and Amend the Second Amended Complaint [Docket No. 102]. Thus, the Third Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 63] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

     ORDERED that defendant International Playthings, LLC's Motion to Dismiss [Docket No. 63] is DENIED as moot.

     DATED October 18, 2011.