IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,
GOLOS WEISMAN DESIGN, LTD., an Israel partnership, and
YOOKIDOO, LTD., an Israel partnership,

    Defendants.

## ORDER

    This matter is before the Court on the Motion to Continue Stay for Claim Construction Briefing and Markman Hearing [Docket No. 58]. The motion is fully briefed and ripe for resolution.

    On September 16, 2010, plaintiff Two Moms filed this case alleging that defendant International Playthings, LLC ("IPT") infringed its U.S. Patent No. 6,782,567 (the "'567 patent"). Docket No. 1 at 4. As discovery progressed, Two Moms sought leave to amend its complaint to add more claims against IPT and join other defendants. *See* Docket Nos. 42, 102]. While Two Moms' motion for leave was pending, IPT filed a motion for summary judgment [Docket No. 48] on June 16, 2011 which included proposed claim construction language regarding the '567 patent. *See* Docket No. 48 at 11-12. In response, on June 24, 2011, Two Moms filed the current motion to stay claim construction and the Markman hearing for the '567 patent. Docket No. 58 at 1. Two

Moms sought a stay in order to pursue discovery against newly added party Yookidoo, Ltd. Docket No. 58 at 3. Notwithstanding the motion to stay, Two Moms filed a response to IPT's summary judgment motion [Docket No. 66] which included its proposed claim language for the '567 patent. Docket No. 66 at 9.

In its response to the motion to continue, IPT stated that it would consent to a stay on the briefing for the summary judgment motion to the extent that it would allow the parties to conduct discovery on IPT's counterclaim for the invalidity of the '567 patent. Docket No. 69 at 1. Two Moms did not file a reply to the motion.

On February 24, 2012, IPT filed a supplemental motion for summary judgment on its counterclaim for invalidity [Docket No. 167] and Two Moms filed a response to IPT's counterclaim for invalidity on March 22, 2011 [Docket No. 191]. Given that discovery in this case is now closed and both parties have filed motions containing proposed claim language for the '567 patent, Two Moms' motion to continue stay for claim construction is effectively moot.

Accordingly, it is

**ORDERED** that the Motion to Continue Stay for Claim Construction Briefing and Markman Hearing and Stay Briefing on Defendant's Motion for Summary Judgment on its Counterclaim for Invalidity of U.S. Patent No. 6,782,567 is **DENIED**.

DATED March 28, 2012.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge