**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02271-PAB-BNB

TWO MOMS AND A TOY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL PLAYTHINGS, LLC, a Delaware limited liability company,
GOLOS WEISMAN DESIGN LTD., an Israel partnership, and
YOOKIDOO LTD., an Israel partnership

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    I.    Pursuant to the Order Regarding Claim Construction (Doc #270) of Judge Philip A. Brimmer entered on October 24, 2012 it is

ORDERED that Defendant International Playthings, LLC's Supplemental Motion for Summary Judgment on its Counterclaim for Invalidity of U.S. Patent No. 6,782,567 [Docket No. 167] is GRANTED in part and DENIED in part. It is further

ORDERED that judgment shall enter in favor of defendant International Playthings, LLC and against plaintiff Two Moms and a Toy, LLC on defendant's counterclaim that the United States Patent No. 6,782,567 is invalid as obvious pursuant to 35 U.S.C. § 103.

II.    Pursuant to the Order (Doc #271) of Judge Philip A. Brimmer entered on October 29, 2012 it is

ORDERED that plaintiff Two Moms and a Toy, LLC's claims against defendants Golos Weisman Design, Ltd and Yookidoo, Ltd. are dismissed without prejudice. It is further

ORDERED that this case is dismissed in its entirety.  It is further

ORDERED that the defendant International Playthings, LLC is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of October, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward Butler

Edward Butler
Deputy Clerk